M'DONOUGH *vs*. FOST, F. M. C.

ON AN APPLICATION FOR A MANDAMUS.

An appeal lies directly from an order of seizure and sale.

This is an application for a *mandamus* to the district judge of the first judicial district, commanding him to grant an appeal from an order of seizure and sale.

*Hennen*, for the application, showed, that on his presenting a petition of appeal on the part of the defendant in this case, the judge *a quo* refused to grant said appeal.

*Strawbridge* contra, submitted the case to the court

*Martin, J.*, delivered the opinion of the court.

This is an application for a *mandamus* to the judge of the first judicial district, to grant to the defendant an appeal from his order at chambers, for the issue of a writ of seizure and sale. The sole question before us is, whether the defendant is entitled to such appeal.

As early as the year 1823, in the case of *Tilghman vs. Dias*, 12 *Martin*, 691, we held that an order of seizure and sale was a judgment. Afterwards, in the case of *Gurlie et al. vs. Coquet*, 3 *Martin, N. S.*, 498, this principle was recognized, and we added that such a judgment was final in its nature, and that an appeal lies therefrom. We have acted on such appeals in the cases of *Moss vs. Byrnes*, 12 *Louisiana Reports*, 615, and *Armstrong vs. Levy et al*, 14 *Idem*, 157. The *mandamus* must therefore be issued.